The People<br>v.<br>Comptroller of<br>New-York.

---

THE PEOPLE, on the relation of N. AINSWORTH, vs. THE COMPTROLLER of the state of New-York.

MOTION for a mandamus. Seventy acres of land owned and occupied by the relator, situate in the county of Herkimer, were sold in March, 1826, for quit rents, due upon a lot in Hassen Cleaver's patent. The land not having been redeemed within two years after the sale, according to the provisions of the act concerning quit rents, &c. passed April 13, 1819, (*Statutes, vol. 5, a.* 296,) the same was conveyed by the comptroller to the purchaser. After this conveyance, the owner having received notice from the purchaser that he claimed the seventy acres, offering to sell, but omitting to state the consideration money paid on the purchase and not requiring the money to be paid within a limited time according to the directions of the statute, offered proof by affidavit to the comptroller, of the actual occupancy of the land at the time of the conveyance, tendered to him the amount bid for the land, and fifty per cent. for the use of the purchaser, and demanded a certificate of such payment. The comptroller refused to receive the money, and to give the certificate ; to require him to do which, a mandamus is now asked for.

*The officers of the treasury are not bound to receive the purchase money of lands sold for quit rents, after a conveyance to the purchaser, until after notice given by the purchaser to the occupant to pay the same.*

*A. Mann, jun.* for relator.

*By the Court,* SAVAGE, Ch. J. The title of a purchaser of lands sold for quit rents, if the lands sold were in the actual possession and occupancy of any person at the time of the conveyance to the purchaser, is incomplete, until the purchaser has given notice to the occupant of the sale and conveyance, and the consideration of the conveyance, and re-

ALBANY,
Oct. 1828.

quired him to pay the consideration money, with fifty per cent. advance, into the treasury, within six months after notice; produced due proof of such notice, and obtained the certificate of the comptroller,.that the payment required has not been made. After such notice, the occupant has a right to pay into the treasury the money demanded by the purchaser, and to claim a certificate from the comptroller, stating the payment and shewing the land redeemed thereby. (*Statutes, vol. 5, a.* 297, *sect.* 22.) Previous, however, to such notice, the treasurer is not bound to receive the money, nor the comptroller to give such certificate. The motion for a mandamus is therefore denied.